Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

AXIS IMEX, INC.

)
)
)
)
Plaintiff )
v. )
SUNSET BAY RATTAN, INC., BLAIR RUBEL, )
and DOES 1 through 20, inclusive )
)
)
Defendant )

Civil Action No.

C08-03931  RS

ADR

## Summons in a Civil Action

To: SUNSET BAY RATTAN, INC. and BLAIR RUBEL

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William E. Adams
David C. Lee
Dawn Newton
Fitzgerald Abbott & Beardsley, LLP
1221 Broadway, 21st Floor
Oakland, CA  94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 1 8 2008

Richard W. Wieking
Name of clerk of court

CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*