WILLIAM E. ADAMS #153330
DAVID C. LEE #193743
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: dnewton@fablaw.com
       wadams@fablaw.com
       dlee@fablaw.com

*E-FILED 2/19/09*

Attorneys for AXIS IMEX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AXIS IMEX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUNSET BAY RATTAN, INC., BLAIR RUBEL, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C08-03931 RS <br><br> **ORDER RE STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT SUNSET BAY RATTAN, INC.'S COUNTERCLAIM** |

The Court, having reviewed the parties' stipulation extending the time for Plaintiff Axis Imex, Inc. to respond to Defendant Sunset Bay Rattan, Inc.'s Counterclaim to February 27, 2009, finds good cause for such stipulation.

IT IS SO ORDERED.

DATED: February 19 2009

_____
United State ~~District Judge~~ Magistrate Judge
Northern District of California

---

1

ORDER RE STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANT SUNSET BAY RATTAN, INC.'S COUNTERCLAIM CASE NO.: C08-03931 RS

2/17/09 (25409) #328453.1