WILLIAM E. ADAMS #153330
DAVID C. LEE #193743
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: dnewton@fablaw.com
         wadams@fablaw.com
         dlee@fablaw.com

Attorneys for AXIS IMEX, INC.

*E-Filed 5/20/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AXIS IMEX, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>SUNSET BAY RATTAN, INC., BLAIR RUBEL, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: C08-03931 RS<br><br>**ORDER RE STIPULATION EXTENDING TIME FOR COMPLETING SETTLEMENT CONFERENCE AND TRANSFERRING THE MATTER FOR SETTLEMENT CONFERENCE TO MAGISTRATE JUDGE SPERO** |

The Court, having reviewed the parties' stipulation extending the time the parties to complete their Settlement Conference to June 10, 2009, and to permit the parties to hold the Settlement Conference before Magistrate Judge Joseph C. Spero, finds good cause for such stipulation.

IT IS SO ORDERED.

DATED: May 20 2009

_____
Hon. Richard Seeborg
United State District Judge
Northern District of California

---
1
ORDER RE STIPULATION EXTENDING TIME FOR COMPLETING SETTLEMENT
CONFERENCE AND TRANSFERRING THE MATTER FOR SETTLEMENT
CONFERENCE TO MAGISTRATE JUDGE SPERO CASE NO.: C08-03931 RS
5/12/09 (25409) #335477.1