*E-Filed 6/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AXIS IMEX, INC., | No. 5:08 CV 3931 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| SUNSET BAY RATTAN, INC.; and BLAIR RUBEL, | |
| Defendants, | |
| And Related Litigation. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the motion hearing set for July 15, 2009, along with all other pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 13, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear before the undersigned on **July 29, 2009, at 9:30 a.m.,** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

**United States District Court**

For the Northern District of California

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 5 | Dated: June 15, 2009 |

_____
RICHARD SEEBORG
United States Magistrate Judge