Fitzgerald Abbott & Beardsley LLP
William E. Adams
1221 Broadway, 21st Floor
Oakland, California 94612
Telefax: (610) 451-1527

*E-Filed 7/10/09*

Attorneys for Plaintiffs,
Axis Imex, Inc.

David L. Hoffman, Esq., No. 143,474
LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300
Telefax: (661) 775-9423

Attorneys for Defendant and Counterclaimant,
Sunset Bay Rattan, Inc. dba Andrea Baskets

Atkinson-Farasyn
Marc Hynes
660 W Dana St
Mountain View, CA 94041-1302
Telephone: (650) 967-6941
Telefax: (650) 967-1395

Attorney for Defendant
Blair Rubel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| AXIS IMEX, INC., <br><br>                    Plaintiff, <br><br> vs. <br><br> SUNSET BAY RATTAN, INC., BLAIR RUBEL and DOES 1 through 20, inclusive, <br><br>                    Defendants. | 5:08-CV-3931 <br><br> CASE NO. ~~CV-0393~~1 RS <br><br> STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE; ~~[PROPOSED]~~ ORDER |

STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE;
~~[PROPOSED]~~ ORDER

The Parties in this action, through their undersigned counsel, hereby stipulate to dismiss all proceedings in this matter with prejudice.

A proposed order is attached hereto.

Dated: July 7, 2009        Fitzgerald Abbott & Beardsley LLP

By: _____
William E. Adams

Attorneys for Plaintiff,
Axis Imex, Inc.

Dated: July 7, 2009        LAW OFFICES OF DAVID L. HOFFMAN

By: _____
David L. Hoffman, Esq.

Attorneys for Defendant and Counterclaimant
Sunset Bay Rattan, Inc.

Dated: July 7, 2009        ATKINSON-FARASYN

By: _____
Marc Hynes

Attorney for Defendant
Blair Rubel

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this entire action is hereby dismissed with prejudice, each side bearing their respective fees and costs.

Date: 7/10/09

_____
Hon. Richard Seeborg
United States ~~District Court~~ Judge
Magistrate

- 2 -
STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE;
[PROPOSED] ORDER